## 67544. DUMAS v. SMITH.

POPE, Judge.

After plenary review of the record in this case, we find this interlocutory appeal to have been improvidently granted. Therefore, the appeal is dismissed.

*Appeal dismissed. Banke, P. J., and Benham, J., concur.*

DECIDED APRIL 18, 1984.

*Robert B. Whatley*, for appellant.
*Kenneth A. Smith*, for appellee.